UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY LYNN GALLO,

    Petitioner,                                       Case No. 1:02-cv-297

v                                                    Hon. Wendell A. Miles

KURT JONES,

    Respondent.

_____/

ORDER ON PETITIONER'S OBJECTIONS TO MAGISTRATE'S
REPORT AND RECOMMENDATION

On May 31, 2005, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that Jerry Lynn Gallo's petition for writ of habeas corpus be denied. Petitioner has filed objections to the R & R (docket no. 41). The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, and having reviewed the petitioner's objections, agrees with the recommended disposition contained in the R & R. Judgment will therefore be entered accordingly.

Entered this 28th day of July, 2005.

                                                                        /s/ Wendell A. Miles
                                                                         Wendell A. Miles
                                                                         Senior U.S. District Judge