UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY LYNN GALLO,

    Petitioner,

v                                                                                                  Case No. 1:02-cv-297

KURT JONES,                                                                           Hon. Wendell A. Miles

    Respondent.

_____/

## JUDGMENT

The petition for habeas corpus is denied.

Entered this 28th day of July, 2005.

    /s/ Wendell A. Miles
    Wendell A. Miles
    Senior U.S. District Judge